UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRIETTA MONTEGUE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 22-2969** |
| **STATE AUTO PROPERTY & CASUALTY INSURANCE CO. et al** | **SECTION: "G"(1)** |

# ORDER

Considering the parties' "Joint Motion for Judgment of Dismissal with Prejudice,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's claims in the above captioned matter are **DISMISSED WITH PREJUDICE,** with each party to bear its own costs.

NEW ORLEANS, LOUISIANA this  13th  day of December, 2023.

*(signature)*
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

1 Rec. Doc. 35.